UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **14-20639-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**PILAR VIDAL,**
        Defendant.
_____/

## ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE

THIS CAUSE came before the Court upon defendant's motion to terminate supervised release **[D.E. #284]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED** as further restitution is due.

DONE and ORDERED in Miami-Dade County Florida this 30th day of March, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
U.S. Probation